**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Giga Entertainment Media, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  **GIGA** <br> DBA  **GEM** <br> DBA  **SELFEO, actually a product name, but a lawsuit in TX claimed SELFCO as company name** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5356703** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **723 Central Avenue, Suite B** <br> **Lexington, KY 40502** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.selfco.com www.giganettv.com  www.gigaentertainmentmedia.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Giga Entertainment Media, Inc.**                          Case number *(if known)* _____
　　　　Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Giga Entertainment Media, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Giga Entertainment Media, Inc.** _____   Case number (*if known*) _____
Name

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/26/2019
_____
MM / DD / YYYY

**X** /s/ Robert Morello
_____   **Robert Morello**
Signature of authorized representative of debtor   Printed name

Title   **Chairman of the Board**
_____

---

**18. Signature of attorney**

**X** /s/ Taft A. McKinstry
_____   Date  06/27/2019
Signature of attorney for debtor                                        MM / DD / YYYY

**Taft A. McKinstry**
_____
Printed name

**Fowler Bell PLLC**
_____
Firm name

**300 W. Vine Street**
**Suite 600**
**Lexington, KY 40507-1660**
_____
Number, Street, City, State & ZIP Code

Contact phone   **859-252-6700**       Email address   **Bankruptcy@FowlerLaw.com**

**46610 KY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/27/2019            X */s/ James Massa*
                                    Signature of individual signing on behalf of debtor

                                    **James Massa**
                                    Printed name

                                    **VP of Administration/ Board Director**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      155,237.57

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $      155,237.57

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      151,667.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       70,452.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    11,244,310.12

4. Total liabilities ........................................................................................
   Lines 2 + 3a + 3b                                                                        $    11,466,429.12

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Giga Entertainment Media, Inc.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Azlo Business Checking (opened March 27, 2019)** | **Business Checking** | **7266** | **$2,026.13** |
| 3.2. | **PNC Bank Checking Accont** | **Checking** | **3612** | **$44.44** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                     | $2,070.57 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Giga Entertainment Media, Inc.**

Name

Case number *(If known)* _____

13. **Does the debtor own any investments?**

 ■ No. Go to Part 5.
 ☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ■ No. Go to Part 6.
 ☐ Yes Fill in the information below.

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No. Go to Part 7.
 ☐ Yes Fill in the information below.

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No. Go to Part 8.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 3 Laptops/pc  1 year old 3 Ipads, 3 years old | **Unknown** | **N/A** | **$1,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

| | **$1,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ■ No
 ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ■ No. Go to Part 9.
 ☐ Yes Fill in the information below.

| Debtor | **Giga Entertainment Media, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Registered Trademarks SELFEO and Immerse Yourself** | **Unknown** | | **$0.00** |
| 61. | **Internet domain names and websites**<br>**http://www.selfeo.com** | **Unknown** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Software Social Media Product code for SELFEO 3.1** | **Unknown** | | **$151,667.00** |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | **$151,667.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Giga Entertainment Media, Inc.**                              Case number *(If known)* _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** **Hartford Insurance - Worker's Compensation Policy (terminates July 7, 2019)** **No cash value** | **$0.00** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Misc. Business Give a way swag items (tshirts, etc)** | **$500.00** |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$500.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Giga Entertainment Media, Inc.**                      Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,070.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $151,667.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $155,237.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $155,237.57 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Perficient, Inc.**<br>Creditor's Name<br>**ATTN: Jeffrey Myska**<br>**555 Maryville University Drive, Ste 500**<br>**Saint Louis, MO 63141**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Software Social Media Product code for SELFEO 3.1** | $151,667.00 | $151,667.00 |

**jeffrey.myska@perficient.com**

Creditor's email address, if known

**Describe the lien**
**Retention Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**5/6/2016**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $151,667.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19104-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$70,452.00** | **$70,452.00** |
|  | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**W2/Penalties** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**N.J. Division of Taxation**<br>**Bankruptcy Section**<br>**P.O. Box 245**<br>**Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred<br>**2017-2019** | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor **Giga Entertainment Media, Inc.**
_____
Name

Case number *(if known)* _____

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**New York State Department of
Taxation
and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2019**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Airsign, LLC
c/o Brian Modiano, CFO
12 NW 5th Place
Williston, FL 32696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017/2019**

Basis for the claim:  **Settlement Payment Agreement**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfred Colucci
937 Lawnton Terrance
Glenolden, PA 19036**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  **Disputed unpaid wages**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business Expenses**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$642,500.00** |
|---|---|---|---|

**ANC Sports Enterprises, LLC
2 Manhattenville Road, Ste 402
Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Settlement Payment Agreement**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Anthony Mapolitano
5510 Merrick Road
Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Audit**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Giga Entertainment Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,883.00 |
|---|---|---|---|

**Arent Fox LLP**
**1717 K. Street, NW**
**Washington, DC 20006**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,422.00 |
|---|---|---|---|

**Armanino, LLP**
**P.O. Box 398285**
**San Francisco, CA 94139**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Audit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|

**Balder IP Law**
**Paseo de la Castellana, 93**
**28046 Madrid Spain**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,362.00 |
|---|---|---|---|

**Bank of America**
**P.O. Box  982238**
**El Paso, TX 79998**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Behalf**
**P.O. Box 1804**
**New York, NY 10159**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Loan Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500,000.00 |
|---|---|---|---|

**Boston Red Sox Baseball LP**
**c/o David S. Friedman, Esq.**
**4 Yawkey Way**
**Boston, MA 02215**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Settlement Payment Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Brent Harris**
**3619 Peggy's Place**
**Tyler, TX 75701**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Giga Entertainment Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**CBS 360 Digital**
**22985 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**CBS Radio/Szabo Assoc/Entercom Comm.**
**3355 Lenox Road,9th Floor**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chuck Noska**
**5715 Hwy 85 N. PMB 1316**
**Crestview, FL 32536**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Disputed unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Cindy Meengs**
**1925 8th Avenue SW**
**Byron Center, MI 49315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,973.00** |
|---|---|---|---|

**David do Nascimento Advodagos**
**Av. Paulista,1294 16 Andar Cerqueira Cez**
**01310 915 Sao Paulo SP Brasil**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal fees Patent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,755.00** |
|---|---|---|---|

**Dawson Orr**
**50 N. Laura Street, Suite 1675**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,483.00** |
|---|---|---|---|

**Dennemeyer & Co.  LLC**
**2 North Riverside Plaza, Suite 1500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Giga Entertainment Media, Inc.**

Name

Case number (if known)

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dialpad, inc.** | ☐ Contingent | |
| | **100 California Street, Ste 500** | ☐ Unliquidated | |
| | **San Francisco, CA 94111** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Expenses_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160,000.00 |
|---|---|---|---|
| | **Douglas K. Miller** | ☐ Contingent | |
| | **4940 Lazio Way** | ☐ Unliquidated | |
| | **Oak Park, CA 91377** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Settlement Payment Agreement_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88,030.00 |
|---|---|---|---|
| | **Eddie Huey** | ☐ Contingent | |
| | **538 Grove Street** | ☐ Unliquidated | |
| | **Montclair, NJ 07043** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Loan and unpaid wages_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,853.00 |
|---|---|---|---|
| | **Everbank/TIAA** | ☐ Contingent | |
| | **TIAA Commercial Finance** | ☐ Unliquidated | |
| | **P.O. Box 911608** | ☐ Disputed | |
| | **Denver, CO 80291** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Collections late fees_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Federal Express** | ☐ Contingent | |
| | **3875 Airways, ModuleH3 Department 4634** | ☐ Unliquidated | |
| | **Memphis, TN 38116** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Expenses_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,400.00 |
|---|---|---|---|
| | **Finn Partners** | ☐ Contingent | |
| | **301 E. 57th Street** | ☐ Unliquidated | |
| | **New York, NY 10022** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88,766.00 |
|---|---|---|---|
| | **Grassi & Co.** | ☐ Contingent | |
| | **50 Jeficho Quadrangle, Ste 200** | ☐ Unliquidated | |
| | **Jericho, NY 11753** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Audit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Giga Entertainment Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hartford Insurance**
**Worker's Compensation Policy**
**1251 Old Northern Blvd.**
**Roslyn, NY 11576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Worker's Compensation Policy

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,338.00 |
|---|---|---|---|

**IBM Credit**
**1 North Castle Drive**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,400,000.00 |
|---|---|---|---|

**Jacksonville Jaquars**
**c/o Gunster**
**225 Water Street, Suite 1750**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Debt - Judgment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**James Massa**
**723 Central Avenue, Suite B**
**Lexington, KY 40502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2017-2019_

**Basis for the claim:** Unpaid wages/Severance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Jarrett Streiner**
**10400 NW 6th Stret**
**Fort Lauderdale, FL 33324**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Disputed unpaid wages

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00 |
|---|---|---|---|

**Jim Smith**
**717 Ridge Pike**
**Lafayette Hill, PA 19444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700,000.00 |
|---|---|---|---|

**John C. Nimmer, Esq,**
**13703 South 14th Street**
**Bellevue, NE 68123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Promissory Note/Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Giga Entertainment Media, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|
| | **John Price**<br>**325 Silvertree Lane**<br>**Redlands, CA 92374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,380.00 |
|---|---|---|---|
| | **Judith Cooper**<br>**138 Sunset Drive**<br>**West Long Branch, NJ 07764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Settlement Agreement Lawsuit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,521.00 |
|---|---|---|---|
| | **Lamar Advertising**<br>**c/o Rouch-Milliken International , Inc.**<br>**P.O. Box 8390**<br>**Metairie, LA 70011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Collections__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Lawrence Silver**<br>**1600 Oakmont Drive #3**<br>**Walnut Creek, CA 94595** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Disputed unpaid wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Lipton Weinbergr & Husick**<br>**201 N. Jackson Street, Ste 1**<br>**Media, PA 19063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Legal fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|
| | **Los Angeles Dodgers**<br>**c/o Jerome M. Jackson, Esq.**<br>**880 Apollo Street, Suite 238**<br>**El Segundo, CA 90245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Settlement Payment Agreement__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.00 |
|---|---|---|---|
| | **Luzzatto & Luzzatto**<br>**P.O. Box 5352**<br>**Beer Sheva 8415202 Israel** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Legal fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Giga Entertainment Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address
**Lyft**
**548 Market Street, Sute 68514**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Martec International (TOGO)**
**529 Dowd Avenue**
**Essex Fells, NJ 07021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Funds forwarded**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**Mathews Giberson, LLP**
**200 S. Andrews Avenue, Suite 800**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$26,765.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**Maxium Media & PR**
**211-164 Sandalwood Pkwy Easts**
**Dept #1064**
**Brampton, ON L6Z4X1**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$10,424.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**Meedmob, Inc.**
**31 St James Avenue**
**Boston, MA 02116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$100,841.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Microsoft Azure**
**One Microsoft Way**
**Redmond, WA 98052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses - Software support**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**Milton Langer**
**8975 W. Golf Road**
**Niles, IL 60714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$8,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Giga Entertainment Media, Inc.**

Name    Case number *(if known)*

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,748.00 |
|---|---|---|---|

**Morvillo Abramowitz Grand Iason & Anello**
**565 Fifth Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,287.00 |
|---|---|---|---|

**MSCCM Commercial Credit**
**333 W. Hampden Avenue, Ste 820**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216,000.00 |
|---|---|---|---|

**NEP**
**c/o of OCH & Goldber, LLP**
**60 East 42nd Street, Suite 4600**
**New York, NY 10165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**New York State Department of Labor**
**c/o Marianna DeCrescenzo,Esq.**
**75 Varick Street, 7th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wage complaint**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,385.00 |
|---|---|---|---|

**Optimum from 1979 New Hyde Park**
**1111 Stewart Avenue**
**Bethpage, NY 11714-3581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **1010**

Basis for the claim:  **Collections Cablevision**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,698.00 |
|---|---|---|---|

**Outfront Media, Inc.**
**405 Lexington Avenue**
**New York, NY 10174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expenses Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,567.00 |
|---|---|---|---|

**Phillips, Cantor & Shalek, PA**
**4000 Hollywood Blvd, Suite 500 North**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6563**

Basis for the claim:  **Legal fees Collections**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Giga Entertainment Media, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209,750.00** |
|---|---|---|---|

**Professional Specialty Publications, LLC**
**d/b/a National Event Publication**
**ATTN: Chief Financial Officer**
**570 Elmont Road**
**Elmont, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Settlement Payment Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,057.00** |
|---|---|---|---|

**Purdy Lucy**
**6-7 Harcourt Terrance**
**Dublin 2**
**DO2 FH73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal fees Patent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,777.00** |
|---|---|---|---|

**Robert Morello**
**109 Presidential Drive**
**Horseheads, NY 14845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,113.00** |
|---|---|---|---|

**Sallah Astarita & Cox LLC**
**James D. Sallah, Esq.**
**3010 N. Military Trail, #210**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,000.00** |
|---|---|---|---|

**Scott Lloyd**
**19102 Oakboard Road**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00** |
|---|---|---|---|

**Serge Abend**
**2515 South Court**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,245.00** |
|---|---|---|---|

**Sheppard Mullin Law Firm**
**333 South Hope Street**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Giga Entertainment Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78,408.00** |
|---|---|---|---|

**Skiermont Derby LLP**
**1601 Elm Street, Ste 4400**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,587.00** |
|---|---|---|---|

**South by Southwest (SXSW)**
**28 Main Street, Suite 1800**
**Rochester, NY 14614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt  lawsuit pending__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,490.00** |
|---|---|---|---|

**Spoor Fisher**
**11 Byls Bridge Blvd, Bldg. 14**
**Highveld ext 73**
**Centurion, 0157 Pretoria South Africa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees Patent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,147.00** |
|---|---|---|---|

**Spruson & Ferguson Pty Limited**
**PTY GPO Box 3898**
**Sydney NSW 2001 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees Patent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,966.00** |
|---|---|---|---|

**Staples**
**1111 S. Figueroa Street**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,595.00** |
|---|---|---|---|

**State Point Media, Inc.**
**183 Madison Avenue, Ste 605**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Pulisic**
**369 Central Avenue**
**Deer Park, NY 11729**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Disputed unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Giga Entertainment Media, Inc.**
_____
Name                                                      Case number *(if known)* _____

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240,000.00 |

**The Rose Group, LLC**
**Attn: Steven Rose**
**1594 Long Ridge Road**
**Stamford, CT 06903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement agreement and Public Relations Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Uber**
**1455 Market Street**
**San Francisco, CA 94103**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,741.00 |

**Uhthoff, Gomez, Vega**
**Los Angeles Lockbox**
**File # 50095**
**Los Angeles, CA 90074**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **6167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees Patent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,680.00 |

**United Trademark & Patent Services**
**Sutie 401-401, Al Hawai Tower**
**Sheikh Zayed, P.O. Box 72430**
**Dubai, United Arab Emirates**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees Patent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**UPS**
**P.O. Box  7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number  **Y328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,010.00 |

**Van Wagner Aerial Media**
**2380 Juniperor, Suite B**
**Daly City, CA 94015-1645**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt Default Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Verizon**
**P.O. Box 408**
**Newark, NJ 07101-0408**

Date(s) debt was incurred _

Last 4 digits of account number  **7263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Giga Entertainment Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,220.00** |
|---|---|---|---|

**VStock**
**18 LaFayette Place**
**Woodmere, NY 11598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Transfer agent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,530.00** |
|---|---|---|---|

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit Card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**WeWork HQ.**
**115 W. 18th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent 315 W. 36th Street__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Windstream Enterprises**
**P.O. Box 70268**
**Philadelphia, PA 19176-0268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Expenses Broadview Networks__

**Last 4 digits of account number** __C446__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,975.00** |
|---|---|---|---|

**Yus Loc**
**Patent Attorney**
**d6 Prospekt Mira**
**Moscow  129090 Russia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Legal Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel J. Cloherty**<br>**Collora LLP**<br>**100 High Street**<br>**Boston, MA 02110-2321** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Lynn, Esq.**<br>**Law office of David Lynn**<br>**11500 W. Olympic Bl., Ste 400**<br>**Los Angeles, CA 90064** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Giga Entertainment Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Eric Neilsen, Esq.**<br>**100 2nd Avenue North, Suite 240**<br>**Saint Petersburg, FL 33701** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Kollman & Saucier, P.A.**<br>**1823 York Rd The Business Law Blvd**<br>**Lutherville Timonium, MD 21093** | Line **3.56**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Locke Lord LLP**<br>**Broofield Place**<br>**2000 Vesey Street, 20th Floor**<br>**New York, NY 10281** | Line **3.69**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Mitchell D. Goldberg, Esq.**<br>**60 East 42nd Street, Ste 4600**<br>**New York, NY 10165** | Line **3.55**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Scott A. Birnbaum, Esq.**<br>**Birnbaum & Godkin, LLP**<br>**280 Summer Street**<br>**Boston, MA 02210** | Line **3.45**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Steven B. Sprechman, Esq.**<br>**Law Offices of Sprechman & Fisher PA**<br>**2775 Sunny Isles Blvd, Ste 100**<br>**North Miami Beach, FL 33160-4007** | Line **3.54**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Sweet & Walker PC**<br>**2380 Junipero Serra Blvd. Ste B**<br>**Daly City, CA 94015** | Line **3.74**<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 70,452.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,244,310.12 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 11,314,762.12 |

**Fill in this information to identify the case:**

Debtor name  **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software Social Media Product code for SELFEO 3.1** | |
| | State the term remaining | **12/31/2019** | **Perficient, Inc. ATTN: Jeffrey Myska P.O. Box 207094 Dallas, TX 75320** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Shared Office space Lease expires June, 2019.** | |
| | State the term remaining | | **WeWork Hq. 115 W. 18th Street New York, NY 10011** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Giga Entertainment Media, Inc.** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Lawrence Silver** | **1600 Oakmont Drive #3**<br>**Walnut Creek, CA 94595** | **Behalf** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.2 | **Lawrence Silver** | **1600 Oakmont Drive #3**<br>**Walnut Creek, CA 94595** | **Wells Fargo SBL** | ☐ D _____<br>■ E/F ___3.77___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Giga Entertainment Media, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

☑ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Jason J. Rebhun, Esq. 225 Broadway 38th Floor New York, NY 10007** | 4/3/2019 $5,000 4/23/2019 $3,000 | $8,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Giga Entertainment Media, Inc.**_____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Massa**<br>**723 Central Avenue, Suite B**<br>**Lexington, KY 40502**<br>**CEO Consultant** | **2018  1099**<br>**Consultant**<br>**Payments** | **$180,220.00** | **Compensation for services rendered/expense reimbursement** |
| 4.2. **Gary Nerlinger**<br>**1 Center Drive**<br>**Roslyn, NY 11576**<br>**Former CEO/President Consultant** | **2018** | **$55,859.00** | **Compensation for services rendered** |
| 4.3. **Eddie Huey**<br>**538 Grove Street**<br>**Montclair, NJ 07043**<br>**CTO Employee** | **2018** | **$80,731.00** | **Compensation for services rendered/consulting fees/expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **EMCF Partners, LLC** | **Non Wage Bank Garnishment - Chase Bank total of $134,000.00 seized from Giga Chase checking account  Cause Action D-1-GN-16-002786 Travis County, Texas District Court** | **3-27-2018** | **$134,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List any legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Los Angeles Dodgers LLC v. GIGA Entertainment Media Inc. BC639537** | **Advertising and Sponsorship Agreement dispute** | **Superior Ct of State of California 11701 S. La Cienega Los Angeles, CA 90045** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Airsign, LLC v. GIGA Entertainment 2016-CA-00-6395-0** | **Advertising and Sponsorship Agreement dispute** | **Orange County Circuit court 425 N. Orange Avenue Orlando, FL 32801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Giga Entertainment Media, Inc.**                                 Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **ANC Sports Enterprises, LLC v.**<br>**Giga Entertainment Meida, Inc.**<br>**Index No. 53262/2017** | **Advertising and Sponsorship Agreement dispute** | **Supreme Court of the State of New York**<br>**Westchester County**<br>**111 Dr. Martin Luther King Jr. Blvd**<br>**White Plains, NY 10601** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Boston Red Sox Baseball Club LTD. Partnership v.**<br>**Giga Entertainment Media, Inc.**<br>**2017-0916** | **Advertising and Sponsorship Agreement dispute** | **Suffolk County Superior Court**<br>**Commonwealth of Massachusetts**<br>**3 Pemberton Sq Ste 13**<br>**Boston, MA 02108** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Douglas Miller v**<br>**Giga Entertainment Media, Inc. et al**<br>**BC612468** | **Advertising and Sponsorship Agreement dispute** | **Superior Ct of State of California**<br>**11701 S. La Cienega**<br>**Los Angeles, CA 90045** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Jacksonville Jaquars v.**<br>**Giga Entertainment Media, Inc.** | **Advertising and Sponsorship Agreement Dispute** | **Circuit Court 4th Judical Circuit**<br>**in and for Duvall County Florida**<br>**501 West Adams Street**<br>**Jacksonville, FL 32202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Professional Specialty Publications, LLC d/b/a National Event Publication v.**<br>**Giga Entertainment Media, Inc.**<br>**613233/2017** | **Contracts** | **Supreme Court of State of New York**<br>**County of Nassau**<br>**100 Supreme Court Drive**<br>**Franklin Square, NY 11010** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Judith Cooper v.**<br>**Giga Entertainment Media, Inc.**<br>**3:18-cv-09234** | **Loan Agreement** | **United States District Court New Jersey**<br>**50 Walnut Street**<br>**Newark, NJ 07102** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Meedmob, Inc. v**<br>**Giga Entertainment Media, Inc.**<br>**18-cv-3369-D** | **Breach of Contract** | **Commonwealth of Massachusetts**<br>**Superior Cout Suffolk**<br>**3 Pemberton Sqm Ste 13**<br>**Boston, MA 02108** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **The Rose Group, LLC, Steven A. Rose, Lee Laino v**<br>**Giga Entertainment Media, Inc. Giganttv, James Massa**<br>**611842-2018** | **Advertising Dispute** | **Supreme Court of the State of New York**<br>**County of Nassau**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. **New York State Department of Labor v.**<br>**Giga Entertainment Media, Inc.**<br>**and Gary Nerlinger**<br>**LS27 2017007312** | **Employment** | **New York State Department of Labor**<br>**75 Varick Street, 7th floor**<br>**New York, NY 10013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Giga Entertainment Media, Inc.**                              Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. | **EMCF Partners, LLC**<br>**v.**<br>**Giga Entertainment Media,**<br>**Inc. d/b/a SELFEO**<br>**D-1-GN-16-002786** | **Venue/Contract**<br>**Issue** | **353rd District Court of**<br>**Travis County**<br>**1000 Guadalupe Street, 3rd**<br>**Floor**<br>**P.O. Box 1748**<br>**Austin, TX 78767** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | **John C. Nimmer, Esq.**<br>**vs**<br>**Giga Entertainment Media Inc.**<br>**S-17-070** | **Appeal from the**<br>**District Court for**<br>**Sarby County, NE** | **Nebraska Supreme Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.14. | **John C. Nimmer**<br>**vs.**<br>**Giga Entertainment Media,**<br>**LLC**<br>**CI 19-1013** | **Settlement**<br>**agreement/Disput**<br>**e** | **District Court of Sarpy**<br>**County**<br>**1210 Golden Gate Drive,**<br>**Suite 3141**<br>**Papillion, NE 68046** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Giga Entertainment Media, Inc.** _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Fowler Bell PLLC** **300 W. Vine Street, Suite 600** **Lexington, KY 40507-1751** | | **$900.00** **March, 2019** | **$900.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Fowler Bell PLLC** **300 W. Vine Street, Suite 600** **Lexington, KY 40507-1751** | **See Disclosure of Compensation of Attorney** | **6/27/2019** | **$34,250.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Joseph Skrapits ($32,500.00)** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1979 Marcus Avenue #210** **Lake Success, NY 11042** | **Oct/Nov 2013-Oct 2017** |
| 14.2. **990 Stewart Avenue, Suite 450-A** **Garden City, NY 11530** | **Oct. 2017-Oct. 2018** |
| 14.3. **175 Broadhollow Road** **Melville, NY 11747** | **Oct. 2018-Dec. 2018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Giga Entertainment Media, Inc.**                                       Case number *(if known)* _____

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

15. **Health Care bankrupcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|--------------------------------------------------|--------------------------------|
|                           |                                                  |                                |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|-----------------------------------|------------------|-------------------|-----------------------|------------------|
| 18.1. | **Chase Bank, NA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **XXXX-2238** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2018** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|------------------------------------------|-------------------------------------------|-----------------------------|-----------------------|
|                                          |                                           |                             |                       |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---------------------------|-----------------------------------|-----------------------------|-----------------------|
|                           |                                   |                             |                       |

Debtor    **Giga Entertainment Media, Inc.**                                     Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Westy Storage**<br>**2400 Marcus Avenue**<br>**New Hyde Park, NY 11042** | James Massa | Corporate Documents and Event Swag | ☐ No<br>☑ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

Debtor    **Giga Entertainment Media, Inc.**                                            Case number *(if known)*

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Robyn Starr**<br>**32 Silver Birch Road**<br>**Merrick, NY 11566** | 2017-2/2019 |
| 26a.2. **Marc Goetz**<br>**325 Frankel Blvd**<br>**Merrick, NY 11566** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Marc Goetz**<br>**325 Frankel Blvd**<br>**Merrick, NY 11566** | 2013-current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **James Massa**<br>**723 Central Avenue, Suite B**<br>**Lexington, KY 40502** | |
| 26c.2. **Marc Goetz**<br>**325 Frankel Blvd.**<br>**Merrick, NY 11566** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert  Morella** | **109 Presidential Drive**<br>**Horseheads, NY 14845** | **Chairman of the Board/Director** | **.043%** |

Debtor    **Giga Entertainment Media, Inc.**                                 Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Massa** | **723 Central Avenue, Suite B Lexington, KY 40502** | **Former CEO, and current VP of Administration/Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eddie Huey** | **538 Grove Street Montclair, NJ 07043** | **Corporate Secretary** | **.064%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brent Harris** | **3619 Peggy's Place Tyler, TX 75701** | **Director** | **.049%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Lloyd** | **19102 Oakboard Road Tyler, TX 75703** | **Director** | **.019%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jim Smith** | **717 Ridge Pike Lafayette Hill, PA 19444** | **Director** | **.012%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Serge Abend** | **2515 South Court Palo Alto, CA 94301** | **Director** | **.012%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Joseph Skrapits** | **1751 2nd Avenue, Apt 14S New York, NY 10028-4127** | **Former Director** | **ending June 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Cindy Meengs** | **1925 8th Avenue SW Byron Center, MI 49315** | **Former Director** | **ending June 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Arthur Mellon** | **5919 Van Ness Drive Viera, FL 32940** | **Former Director** | **ending June 2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Milton Langer** | **8975 W. Golf Road Niles, IL 60714** | **Former Director** | **ending June 2019** |

Debtor   **Giga Entertainment Media, Inc.**   Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Gary Nerlinger**<br>**21 Center Drive**<br>**Roslyn, NY 11576** | **$55,859** | **June 2018-June 2019** | **Compensation for Services provided** |
| | **Relationship to debtor**<br>**Former CEO/President, Consultant** | | | |
| 30.2 | **Eddie Huey**<br>**538 Grove Street**<br>**Montclair, NJ 07043** | **$80,731.00** | **June 2018-June 2019** | **Compensation for Services provided/expense reimbursement/ Consulting fees** |
| | **Relationship to debtor**<br>**CTO employee** | | | |
| 30.3 | **James Massa**<br>**723 Central Avenue, Suite B**<br>**Lexington, KY 40502** | **$180,220.00** | **June 2018-June 2019** | **Compensation for Services provided provided/expense reimbursement/ Consulting fees** |
| | **Relationship to debtor**<br>**Former CEO/VP of Administration and Consultant** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Giga Entertainment Media, Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/27/2019**

/s/ James Massa                                          **James Massa**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **VP of Administration/Board Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Giga Entertainment Media, Inc.**        Case No. _____

                          Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **33,915.00** |
   | Prior to the filing of this statement I have received | $ | **33,915.00** |
   | Balance Due | $ | **0.00** |

2. $ __**335.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☑ Other (specify):    **Joseph Skrapits, GIGA Shareholder -$32,500.00 by check**

                                          **GIGA $1,750.00 by wire transfer**

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Extended negotiations or defense or filing of any adversary proceedings(s), Motion(s) to dismiss bankruptcy case or to convert cases to a case under another Chapter of the Bankruptcy Code, and any other matter which may be contested by Debtor, a Creditor, or the Office of the United States Trustee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__6/27/2019_____            **/s/ Taft A. McKinstry**
*Date*                                   **Taft A. McKinstry**
                                      *Signature of Attorney*
                                      **Fowler Bell PLLC**
                                      **300 W. Vine Street**
                                      **Suite 600**
                                      **Lexington, KY 40507-1660**
                                      **859-252-6700  Fax: 859-255-3735**
                                      **Bankruptcy@FowlerLaw.com**
                                      *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Giga Entertainment Media, Inc.**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**7**　_____

# VERIFICATION OF MAILING LIST MATRIX

I, the Chairman of the Board of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**10**__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: ___6/27/2019_____

/s/ James Massa_____
**James Massa, VP of Administration/Board Director**
Signer/Title

I, _____**Taft A. McKinstry**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**10**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: ___6/27/2019_____

/s/ Taft A. McKinstry_____
Signature of Attorney
**Taft A. McKinstry**
**Fowler Bell PLLC**
**300 W. Vine Street**
**Suite 600**
**Lexington, KY 40507-1660**
**859-252-6700   Fax: 859-255-3735**

Airsign, LLC
c/o Brian Modiano, CFO
12 NW 5th Place
Williston FL 32696


Alfred Colucci
937 Lawnton Terrance
Glenolden PA 19036


Amazon Web Services, Inc.
410 Terry Ave North
Seattle WA 98109-5210


ANC Sports Enterprises, LLC
2 Manhattenville Road, Ste 402
Purchase NY 10577


Anthony Mapolitano
5510 Merrick Road
Massapequa NY 11758


Arent Fox LLP
1717 K. Street, NW
Washington DC 20006


Armanino, LLP
P.O. Box 398285
San Francisco CA 94139


Balder IP Law
Paseo de la Castellana, 93
28046 Madrid Spain


Bank of America
P.O. Box 982238
El Paso TX 79998


Behalf
P.O. Box 1804
New York NY 10159


Boston Red Sox Baseball LP
c/o David S. Friedman, Esq.
4 Yawkey Way
Boston MA 02215

Brent Harris
3619 Peggy's Place
Tyler TX 75701


CBS 360 Digital
22985 Network Place
Chicago IL 60673


CBS Radio/Szabo Assoc/Entercom Comm.
3355 Lenox Road, 9th Floor
Atlanta GA 30326


Chuck Noska
5715 Hwy 85 N. PMB 1316
Crestview FL 32536


Cindy Meengs
1925 8th Avenue SW
Byron Center MI 49315


Daniel J. Cloherty
Collora LLP
100 High Street
Boston MA 02110-2321


David do Nascimento Advodagos
Av. Paulista, 1294 16 Andar Cerqueira Cez
01310 915 Sao Paulo SP Brasil


David Lynn, Esq.
Law office of David Lynn
11500 W. Olympic Bl., Ste 400
Los Angeles CA 90064


Dawson Orr
50 N. Laura Street, Suite 1675
Jacksonville FL 32202


Dennemeyer & Co.  LLC
2 North Riverside Plaza, Suite 1500
Chicago IL 60606


Dialpad, inc.
100 California Street, Ste 500
San Francisco CA 94111

Douglas K. Miller
4940 Lazio Way
Oak Park CA 91377


Eddie Huey
538 Grove Street
Montclair NJ 07043


Eric Neilsen, Esq.
100 2nd Avenue North, Suite 240
Saint Petersburg FL 33701


Everbank/TIAA
TIAA Commercial Finance
P.O. Box 911608
Denver CO 80291


Federal Express
3875 Airways, ModuleH3 Department 4634
Memphis TN 38116


Finn Partners
301 E. 57th Street
New York NY 10022


Grassi & Co.
50 Jeficho Quadrangle, Ste 200
Jericho NY 11753


Hartford Insurance
Worker's Compensation Policy
1251 Old Northern Blvd.
Roslyn NY 11576


IBM Credit
1 North Castle Drive
Armonk NY 10504


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19104-7346

Jacksonville Jaquars
c/o Gunster
225 Water Street, Suite 1750
Jacksonville FL 32202


James Massa
723 Central Avenue, Suite B
Lexington KY 40502


Jarrett Streiner
10400 NW 6th Stret
Fort Lauderdale FL 33324


Jim Smith
717 Ridge Pike
Lafayette Hill PA 19444


John C. Nimmer, Esq,
13703 South 14th Street
Bellevue NE 68123


John Price
325 Silvertree Lane
Redlands CA 92374


Judith Cooper
138 Sunset Drive
West Long Branch NJ 07764


Kollman & Saucier, P.A.
1823 York Rd The Business Law Blvd
Lutherville Timonium MD 21093


Lamar Advertising
c/o Rouch-Milliken International , Inc.
P.O. Box 8390
Metairie LA 70011


Lawrence Silver
1600 Oakmont Drive #3
Walnut Creek CA 94595


Lipton Weinbergr & Husick
201 N. Jackson Street, Ste 1
Media PA 19063

Locke Lord LLP
Broofield Place
2000 Vesey Street, 20th Floor
New York NY 10281


Los Angeles Dodgers
c/o Jerome M. Jackson, Esq.
880 Apollo Street, Suite 238
El Segundo CA 90245


Luzzatto & Luzzatto
P.O. Box 5352
Beer Sheva 8415202 Israel


Lyft
548 Market Street, Sute 68514
San Francisco CA 94104


Martec International (TOGO)
529 Dowd Avenue
Essex Fells NJ 07021


Mathews Giberson, LLP
200 S. Andrews Avenue, Suite 800
Fort Lauderdale FL 33301


Maxium Media & PR
211-164 Sandalwood Pkwy Easts
Dept #1064
Brampton, ON L6Z4X1


Meedmob, Inc.
31 St James Avenue
Boston MA 02116


Microsoft Azure
One Microsoft Way
Redmond WA 98052


Milton Langer
8975 W. Golf Road
Niles IL 60714

Mitchell D. Goldberg, Esq.
60 East 42nd Street, Ste 4600
New York NY 10165


Morvillo Abramowitz Grand Iason & Anello
565 Fifth Avenue
New York NY 10017


MSCCM Commercial Credit
333 W. Hampden Avenue, Ste 820
Englewood CO 80110


N.J. Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton NJ 08695-0245


NEP
c/o of OCH & Goldber, LLP
60 East 42nd Street, Suite 4600
New York NY 10165


New York State Department of Labor
c/o Marianna DeCrescenzo,Esq.
75 Varick Street, 7th Floor
New York NY 10013


New York State Department of Taxation
and Finance
Bankruptcy Section
P.O. Box 5300
Albany NY 12205-0300


Optimum from 1979 New Hyde Park
1111 Stewart Avenue
Bethpage NY 11714-3581


Outfront Media, Inc.
405 Lexington Avenue
New York NY 10174


Perficient, Inc.
ATTN: Jeffrey Myska
555 Maryville University Drive, Ste 500
Saint Louis MO 63141

Perficient, Inc.
ATTN: Jeffrey Myska
P.O. Box 207094
Dallas TX 75320


Phillips, Cantor & Shalek, PA
4000 Hollywood Blvd, Suite 500 North
Hollywood FL 33021


Professional Specialty Publications, LLC
d/b/a National Event Publication
ATTN: Chief Financial Officer
570 Elmont Road
Elmont NY 11003


Purdy Lucy
6-7 Harcourt Terrance
Dublin 2
DO2 FH73


Robert Morello
109 Presidential Drive
Horseheads NY 14845


Sallah Astarita & Cox LLC
James D. Sallah, Esq.
3010 N. Military Trail, #210
Boca Raton FL 33431


Scott A. Birnbaum, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston MA 02210


Scott Lloyd
19102 Oakboard Road
Tyler TX 75703


Serge Abend
2515 South Court
Palo Alto CA 94301


Sheppard Mullin Law Firm
333 South Hope Street
Harbor City CA 90710

Skiermont Derby LLP
1601 Elm Street, Ste 4400
Dallas TX 75201


South by Southwest (SXSW)
28 Main Street, Suite 1800
Rochester NY 14614


Spoor Fisher
11 Byls Bridge Blvd, Bldg. 14
Highveld ext 73
Centurion, 0157 Pretoria South Africa


Spruson & Ferguson Pty Limited
PTY GPO Box 3898
Sydney NSW 2001 Australia


Staples
1111 S. Figueroa Street
Los Angeles CA 90015


State Point Media, Inc.
183 Madison Avenue, Ste 605
New York NY 10016


Steven B. Sprechman, Esq.
Law Offices of Sprechman & Fisher PA
2775 Sunny Isles Blvd, Ste 100
North Miami Beach FL 33160-4007


Steven Pulisic
369 Central Avenue
Deer Park NY 11729


Sweet & Walker PC
2380 Junipero Serra Blvd. Ste B
Daly City CA 94015


The Rose Group, LLC
Attn: Steven Rose
1594 Long Ridge Road
Stamford CT 06903

Uber
1455 Market Street
San Francisco CA 94103


Uhthoff, Gomez, Vega
Los Angeles Lockbox
File # 50095
Los Angeles CA 90074


United Trademark & Patent Services
Sutie 401-401, Al Hawai Tower
Sheikh Zayed, P.O. Box 72430
Dubai, United Arab Emirates


UPS
P.O, Box 7247-0244
Philadelphia PA 19170-0001


Van Wagner Aerial Media
2380 Juniperor, Suite B
Daly City CA 94015-1645


Verizon
P.O. Box 408
Newark NJ 07101-0408


VStock
18 LaFayette Place
Woodmere NY 11598


Wells Fargo SBL
P.O. Box 29482
Phoenix AZ 85038


WeWork HQ.
115 W. 18th Street
New York NY 10011


Windstream Enterprises
P.O. Box 70268
Philadelphia PA 19176-0268

Yus Loc
Patent Attorney
d6 Prospekt Mira
Moscow  129090 Russia

# United States Bankruptcy Court
### Eastern District of Kentucky

In re __Giga Entertainment Media, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Giga Entertainment Media, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 27, 2019__

Date

__/s/ Taft A. McKinstry__

__Taft A. McKinstry__
Signature of Attorney or Litigant
Counsel for __Giga Entertainment Media, Inc.__

__Fowler Bell PLLC__
__300 W. Vine Street__
__Suite 600__
__Lexington, KY 40507-1660__
__859-252-6700 Fax:859-255-3735__
__Bankruptcy@FowlerLaw.com__

## United States Bankruptcy Court
### Eastern District of Kentucky

In re __Giga Entertainment Media, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert Morello**, declare under penalty of perjury that I am the **Chairman of the Board** of **Giga Entertainment Media, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __19th__ day of __June__, 20__19__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Morello**, **Chairman of the Board** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Morello**, **Chairman of the Board** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Morello**, **Chairman of the Board** of this Corporation is authorized and directed to employ **Taft A. McKinstry**, attorney and the law firm of **Fowler Bell PLLC** to represent the corporation in such bankruptcy case."

Date __6-26-2019__

Signed __/s/ Robert Morello__

**Robert Morello**

Resolution of Board of Directors

**Giga Entertainment Media**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

James Massa or Bob Morello

Be It Therefore Resolved, that ∧ of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

James Massa  or Bob Morello

Be It Further Resolved, that ,∧ of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

James Massa  or Bob Morello

Be It Further Resolved, that ,∧of this Corporation is authorized and directed to employ **Taft A. McKinstry**, attorney and the law firm of **Fowler Bell PLLC** to represent the corporation in such bankruptcy case.

Date  _June 24, 2019_                    Signed  _____

Date  _____    Signed  _____