**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| GIGA ENTERTAINMENT MEDIA, | ) | |
| INC. ET AL | ) | CASE NO. 19-51291-TNW |
| | ) | |
| DEBTORS. | ) | |

## ORDER DESIGNATING CORPORATE REPRESENTIVE

This Court has reviewed the Corporate Resolution of the Board of Directors filed in this case, and hereby appoints James Massa, VP of Administrations and Board Director, as the individual responsible for performing the duties of Debtor/Debtor-in-Possession in bankruptcy, pursuant to Rule 4002 and 9001(5)(A) of the Federal Rule of Bankruptcy Procedures, and Rule 1002-3 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky.

**Tendered by:**

*/s/ Taft A. McKinstry*
Taft A. McKinstry, Esq.
Fowler Bell PLLC
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
Telephone:    (859) 252-6700
Facsimile:    (859) 255-3735
Email: TMcKinstry@FowlerLaw.com

**COUNSEL FOR GIGA ENTERTAINMENT**
**MEDIA, INC. ET AL**

Service to those in the Electronic Notification
System to receive notice in this case, AND
U.S. Trustee, via electronic service

4850-3794-7291, v. 1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, July 3, 2019**
(grs)