UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-51291 |
| Giga Entertainment Media, Inc.  ) | |
| ) | Chapter 7 |
| Debtor         ) | |

## AGREED ORDER

This matter having come before the Court upon the Joint Motion for Extension of Time to File Joint Stipulations, and the Court having reviewed the record and being sufficiently advised;

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and that the deadline for the submission of Joint Stipulations pursuant to the August 11, 2019 Order (DN 32) is extended through and including Friday, August 30, 2019.

Pursuant to Local Rule 9022-1(b), Elizabeth B. Alphin shall cause a copy of this Order to be served on each of the parties, not electronically served, designated to receive this Order pursuance to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within seven (7) days of the entry of this Order.

{}

TENDERED BY:

**FULTZ MADDOX DICKENS PLC**

*/s/ Elizabeth B. Alphin*
Phillip A. Martin
Elizabeth B. Alphin (KY Bar No. 89312)
101 S. Fifth Street, 27th Fl.
Louisville, Kentucky 40202
Pmartin@fmdlegal.com
Ealphin@fmdlegal.com
Phone 502 588-2000
Fax 502 588-2020

SEEN AND AGREED:

**FOWLER BELL PLLC**

*/s/ Taft McKinstry (per email consent of 8/28/19)*
Taft A. McKinstry
Kentucky Bar ID: 46610
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
Telephone: (859) 252-6700
Facsimile: (859) 255-3735
Email: TMcKinstry@Fowlerlaw.com

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, August 30, 2019**
**(grs)**