**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| GIGA ENTERTAINMENT MEDIA, | ) | |
| INC. | ) | CASE NO. 19-51291-TNW |
| | ) | |
| DEBTOR. | ) | |

## STIPULATIONS OF FACT RELATING TO CERTAIN EQUITY SECUITY HOLDERS' MOTION TO TRANSFER VENUE

Certain Equity Security Holders who filed the Motion (1) For A Determination That Venue is Improper And (2) To Transfer Venue [D.E. 18] and the Debtor, Giga Entertainment Media, Inc. ("GEM"), stipulate to the following facts:

### THE COMPANY

1.  The Debtor Giga Entertainment Media, Inc. ("GEM" or "Debtor" or the "Company") is a Nevada corporation formed in 2012.

2.  The business framework of GEM was to develop and market a software application that would generate revenue.

3.  This business framework ultimately resulted in a set of software code referred to as the SELFEO software.

4.  The SELFEO software was outsourced and developed under contract with Perficient, Inc. whose engineering is located in Atlanta, GA and whose headquarters is in Springfield, MO.

5.  The funds to develop the SELFEO software and provide the supporting marketing and strategic planning were raised principally from private investors and not commercial lenders or institutional investors.

1

6. Throughout the period of January 2018 through September 30, 2018, GEM had a lease of approximately 10,000 square feet of office space for 14 employees, including Gary Nerlinger, in Garden City (Long Island), New York which lease expired at the end of September 2018.

7. In late 2018, GEM moved from space leased from WeWorks at 5th Avenue to leased space at a WeWorks building at 315 W. 36th Street, New York, New York 10018.

8. GEM's private placement which was conducted from June 2018 through February 2019 reflected the New York addresses of the Company in the private placement memorandum.

## THE BANKRUPTCY FILING

9. Giga Entertainment Media, Inc. ("GEM") filed a Petition under Chapter 7 of the United States Bankruptcy Code on June 27, 2019 in the United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division.

10. Robert Morella signed the Petition for the Debtor.

## EMPLOYEES OF THE COMPANY

11. James Massa served as Interim Chief Executive Officer of GEM from June 4, 2018 until October 1, 2018.

12. James Massa served as Chief Executive Officer of GEM from October 1, 2018 until his resignation on May 31, 2019.

13. It is undisputed that Eddie Huey was GEM's Chief Technology Officer ("CTO") during the period of period of January 1, 2018 through April 8, 2019.

14. Eddie Huey lived in New Jersey.

15. As of December 18, 2018, Eddie Huey was the corporate Secretary listed in registration documents with the Nevada Secretary of State (the "Nevada Filing").

16. As of May 2019, Huey was listed in the Nevada Filing as having an address at 315 West 36th Street, 2nd floor, New York, New York.

17. During the period of January 2018 through February 2019, Mike DeStefano worked for GEM out of Long Island, New York. During this period, DeStefano was a Director of Investor Relations.

18. Carmen Weingrad was a Director of Investor Relations.

19. During 2018, Weingrad worked for GEM at the Garden City office until the office was closed.

20. Due to the financial situation of GEM, various GEM employees were laid off in 2019.

21. Mike DeStefano employment was terminated on February 19, 2019 in Melville, NY.

22. Carmen Weingrad's employment was terminated in early April 2019 in New York.

23. Robyn Starr was a bookkeeper for GEM.

24. Matt Morganelli, James Massa's executive assistant, was terminated on May 30, 2019.

25. Marc Goetz was an outside CPA. Mr. Goetz' office was located in New Hyde Park, New York. Mr. Goetz was not an employee of GEM and had no management authority for GEM.

26. During 2019, Massa, the CEO, traveled to New York City to conduct certain work functions for GEM, including various meetings. These trips occurred during the periods of :

   a. Tuesday, January 8 and Wednesday, January 9;

    b. Tuesday, January 15 and Wednesday, January 16

    c. Tuesday, January 22 and Wednesday, January 23

    d. Tuesday, February 5 through Thursday, February 7

    e. Tuesday, February 19 through Thursday, February 21

    f. Monday, April 1 through Tuesday, April 2.

27. On April 2, 2019, James Massa met with Bob Anello who was GEM's SEC compliance consultant in New York City.

28. No employee of GEM had a lease for office space paid by GEM and no employee was paid rent by GEM in 2019.

**THE SEC COMPLAINT**

29. On November 15, 2018, the SEC filed a Complaint against GEM, Gary Nerlinger, Lawrence W. Silver, Alfred R. Colucci, Charles G. Noska, and Jarret M. Streiner in the United States District Court for the Eastern District of New York.

30. On December 20, 2018, that Court entered Final Judgment against the Defendant GEM and Final Judgment against the Defendant Gary Nerlinger.

**PAYKIN KRIEG & ADAMS LLP**

    */s/ David A. Schrader*
David A. Schrader
Admitted Pro Hac
733 Third Avenue, 15th Fl.
New York, New York 10017
dschrader@pka-law.com
Phone 347-879-2345
Fax 212-208-2646

**ATTORNEY FOR CERTAIN EQUITY SECURITY HOLDERS**

**FOWLER BELL PLLC**

_____/s/ Taft McKinstry___
Taft A. McKinstry, Esq.
Kentucky Bar ID: 46610
300 West Vine Street, Suite 600
Lexington, KY  40507-1660
Telephone:     (859) 252-6700
Facsimile:      (859) 255-3735
Email:   TMcKinstry@Fowlerlaw.com

**ATTORNEYS FOR DEBTOR,
GIGA ENTERTAINMENT MEDIA, INC.**