**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| GIGA ENTERTAINMENT MEDIA, INC. | ) | |
| | ) | CASE NO. 19-51291-TNW |
| DEBTOR. | ) | |

## DEBTOR'S OBJECTIONS TO MOVANT'S EXHIBITS

Pursuant to the Court's Order scheduling Evidentiary Hearing [Doc. No. 32] and Agreed Order extending the deadline to file Objection to the Movants' exhibits [Doc No. 60], GIGA Entertainment Media, Inc. ("Debtor"), by counsel, hereby submits and preserves its Objection to Movant's Exhibits as identified [Doc No. 47 and Doc No. 51] in connection with the hearing on Movant's Motion for Determination that Venue is Improper and to Transfer Venue [Doc No. 18]

Exhibits: 1, 2, 24, 25, 39, 48

No Objection

Exhibits: 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52

Objections:

Relevance (both to the Exhibit itself and to it being outside the relevant time frame at issue);

Authenticity;

Lack of or Improper Foundation;

Hearsay;

Failure to Provide a Full and Complete Copy of Document/Exhibit;

Witness Has Not Been Presented to the Court in Support of the Identified Declaration;

Exhibit/Document has been Altered/Redacted Without Supporting Privilege Log or Authorization;

Exhibits/Documents/Declarations Contain Improper Opinions and Conclusions Without Personal Knowledge or Properly Qualified Expert Witness Support;

Exhibit/Document Identified is Not the Final Draft of the Document and/or is Not the Executed Copy of said Document.

Debtor further reserves its right to raise any and all additional objections that may arise during the course of the hearing on this pending motion.

Respectfully Submitted,

**FOWLER BELL PLLC**

*/s/ Taft A. McKinstry*
Taft A. McKinstry, Esq.
Kentucky Bar ID: 46610
300 West Vine Street, Suite 600
Lexington, KY 40507-1751
Telephone: (859) 252-6700
Facsimile: (859) 255-3735
Email: TMcKinstry@FowlerLaw.com
**COUNSEL FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served on this the 5th day of September 2019 upon all parties registered to receive electronic notice in this case via CM/ECF service.

*/s/ Taft A. McKinstry*
**COUNSEL FOR DEBTOR**

4821-5130-8452, v. 1