**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE

GIGA ENTERTAINMENT MEDIA, INC.                CASE NO. 19-51291

DEBTOR

**ORDER**

This matter is before the Court on the Motion for a Determination that Venue is Improper and to Transfer Venue filed by Bob Barnard, William Freeman, Patricia Gilchrist, Lyle Gillman, Arthur Mellon, Gary Nerlinger, David Shutvet and Riva Wilkins (the "Movants") [ECF No. 18]. On September 5, 2019, the debtor objected to forty-six of the Movants' exhibits for nine general reasons (the "Debtor's Objections") [ECF No. 64]. Objections to an exhibit must be specific. *See* Fed. R. Evid. 103(a)(1)(B). The Debtor's Objections lack specificity to allow the Court to decide whether to admit or exclude the Movants' exhibits. Accordingly, it is hereby

**ORDERED** that, on or before **10:00 a.m. on September 13, 2019**, the debtor must submit proper and specific objections to each of the Movants' exhibits.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Thursday, September 12, 2019
(tnw)