**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| IN RE: | |
| GIGA ENTERTAINMENT MEDIA, INC. | CASE NO. 19-51291 |
| DEBTOR. | CHAPTER 7 |

**ORDER GRANTING APPLICATION TO EMPLOY STOLL KEENON**
**OGDEN PLLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This matter, having come before the Court upon the Application of James D. Lyon, as Chapter 7 Trustee (the "Chapter 7 Trustee"), for entry of an Order pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, authorizing him to employ Stoll Keenon Ogden PLLC ("SKO" or the "Firm") as counsel to the Chapter 7 Trustee, *nunc pro tunc* to August 20, 2015 (the "Application"); and upon the Affidavit of Adam M. Back of Stoll Keenon Ogden PLLC (the "Back Affidavit"); no creditor or other party in interest having filed any objection to the Application; it appearing that adequate notice of said Application was given; and the Court being satisfied that: (1) SKO does not hold or represent an interest adverse to the Debtor, its creditors, or the estate with respect to the matters upon which it may advise the Chapter 7 Trustee, (2) that any connection SKO has with any creditors or parties in interest of the Debtor, its creditors, or the estate has been adequately disclosed to permit SKO's employment during the pendency of this case, and (3) that SKO's employment is necessary and is in the best interests of the estate,

IT IS HEREBY ORDERED as follows:

1. The Application is granted and approved in all respects, pursuant to the terms set forth therein and in the Back Affidavit.

2. The Chapter 7 Trustee is authorized to retain and employ Stoll Keenon Ogden PLLC as counsel for the Chapter 7 Trustee effective August 20, 2015.

3. The compensation of SKO for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by the Court in accordance with 11 U.S.C. §§ 330 and 331.

4. This is a final order.

Tendered by:

STOLL KEENON OGDEN PLLC

/s/ Jessica L. Middendorf
Adam M. Back
Jessica L. Middendorf
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
E-mail: adam.back@skofirm.com
          jessica.middendorf@skofirm.com

*Proposed Counsel for the Chapter 7 Trustee*

2

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, September 12, 2019**
**(tnw)**