UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

GIGA ENTERTAINMENT MEDIA, INC.

DEBTOR

CASE NO. 19-51291
CHAPTER 7

---

**AGREED ORDER AND STIPULATION ALLOWING ADMINISTRATIVE CLAIM OF GLB2019, LLC IN THE AMOUNT OF $2,310**

---

James D. Lyon, as Trustee ("Trustee") of the Bankruptcy Estate of Giga Entertainment Media, Inc. ("Debtor"), and GLB2019, LLC, each by and through counsel, agree and stipulate as follows:

STIPULATION

1.     That certain software social media product code for SELFEO 3.1, (the "SELFEO Code") is property of the Debtor's estate.

2.     Presently, the Trustee believes the SELFEO Code has value above and beyond any claims that may be secured by the SELFEO Code.

3.     Currently, there are certain monthly maintenance fees associated with the SELFEO Code in the amount of $730 (the "Monthly Maintenance"), and Trustee currently intends to pay the Monthly Maintenance to maintain the SELFEO Code as he continues to investigate the best way to maximize its value for the benefit of the Debtor's estate, including a likely motion seeking authority to sell the SELFEO Code pursuant to 11 U.S.C. § 363.

4.     The Debtor's estate is not sufficiently liquid to pay the Monthly Maintenance.

5.      GLB2019, LLC has agreed to pay to the Debtor's estate a lump sum in the amount of $2,310 by depositing that amount into the Debtor's existing bank account, which amount is sufficient to pay the Monthly Maintenance for a period of three months.

6.      The Trustee agrees that this amount is an actual, necessary cost and expense of preserving the estate since it shall permit the Trustee to retain the value of the SELFEO Code for the Debtor's estate.

ORDER

NOW, THEREFORE, IT IS HEREBY AGREED, ORDERED, AND ADJUDGED that GLB2019, LLC shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503 and other applicable law in the amount of $2,310 upon the payment of that full amount by GLB2019, LLC to the Trustee for the purpose of paying the Monthly Maintenance for the SELFEO Code.

TENDERED BY:

STOLL KEENON OGDEN PLLC

  /s/ Adam M. Back
Adam M. Back (KY Bar No. 91003)
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Telephone:  (859) 231-3000
adam.back@skofirm.com
COUNSEL FOR THE TRUSTEE


DELCOTTO LAW GROUP PLLC
 /s/  Dean A. Langdon (via email authority)
Dean A. Langdon, Esq.
200 North Upper Street
Lexington, Kentucky 40507
Telephone: (859) 231-5800
dlangdon@dlgfim.com
COUNSEL FOR GLB2019, LLC

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, October 25, 2019**
(tnw)