UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

GIGA ENTERTAINMENT MEDIA, INC.

DEBTOR

CASE NO. 19-51291
CHAPTER 7

## NOTICE OF DISCLOSURE OF GLB2019, LLC MEMBERS

Comes GLB2019, LLC ("GLB2019"), by counsel, pursuant to this Court's Scheduling Order on Sale Motion [ECF No. 102] entered on November 7, 2019, and hereby discloses the following list of members of GLB2019, LLC:

A. Managing Members of GLB2019

1. Robert Morello
2. James Massa

B. Non-managing Members of GLB2019

1. Brent Harris
2. Cindy Meengs
3. Jim Smith
4. Joe Skrapits
5. John Price
6. Scott Lloyd
7. Serge Abend

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR GLB2019, LLC

2

## **CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on November 12, 2019.

/s/ Dean A. Langdon  
COUNSEL FOR GLB2019, LLC

\Pleadings\Notice of GLB2019 Members 20191111.doc