UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

GIGA ENTERTAINMENT MEDIA, INC.

DEBTOR

CASE NO. 19-51291
CHAPTER 7

**NOTICE OF FILING OF EXECUTED ASSET PURCHASE AGREEMENT
IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:
(A) AUTHORIZING SALE OF ASSETS PURSUANT TO 11 U.S.C. § 363 AND
(B) ESTABLISHING SALE AND BIDDING PROCEDURES, APPROVING
NOTICE OF SALE, AND SETTING SALE HEARING DATE ("Sale Motion")**

Comes James D. Lyon, as Trustee (the "Trustee") of the Bankruptcy Estate of Giga Entertainment Media, Inc. (the "Debtor"), by counsel, and hereby gives notice of filing of the attached revised APA executed by GLB2019, LLC on November 14, 2019 in support of the Trustee's *Motion for Order: (A) Authorizing Sale of Assets Pursuant to 11 U.S.C. § 363 and (B) Establishing Sale and Bidding Procedures, Approving Notice of Sale, and Setting Sale Hearing Date* (the "Sale Motion") previously filed herein [D.N. 88.]

Respectfully submitted,

STOLL KEENON OGDEN PLLC

/s/ Adam M. Back
Adam M. Back, KY Bar No. 91003
Jessica L. Middendorf, KY Bar No. 94740
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Phone: (859) 231-3000
adam.back@skofirm.com
jessica.middendorf@skofirm.com

COUNSEL FOR THE CHAPTER 7
TRUSTEE

1

## **CERTIFICATE OF SERVICE**

On November 15, 2019 the undersigned hereby certifies that a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF System, upon all parties in the electronic filing system in this bankruptcy proceeding.

/s/ Adam M. Back
COUNSEL FOR THE CHAPTER 7 TRUSTEE