UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

GIGA ENTERTAINMENT MEDIA, INC.

DEBTOR

CASE NO. 19-51291

CHAPTER 7

**CHAPTER 7 TRUSTEE'S REPORT OF AUCTION SALE**

Comes James D. Lyon, as Trustee (the "Trustee") of the Bankruptcy Estate of Giga Entertainment Media, Inc. (the "Debtor"), by counsel, and hereby gives this report of auction of the Purchased Assets (defined below) conducted pursuant to the *Order (A) Establishing Sale and Bidding Procedures; (B) Approving Notice of Sale; and (C) Setting Sale Hearing Date* entered herein on November 15, 2019 (the "Sale Procedures Order") [D.N. 115]:

1. As detailed in the Sale Procedures Order, GLB2019, LLC acted as the stalking horse bidder and submitted an initial bid for the Purchased Assets of twenty thousand dollars ($20,000.00).

2. Subsequently, in accordance with the Bid Procedures and the Sale Procedures Order, David Shutvet, Riva Wilkins, Gary Nerlinger, Patricia Gilchrist, Lyle Gillman, Bob Barnard, Arthur Mellon and William Freeman, jointly and severally (collectively, the "Equity Security Holders") were deemed a qualified Competing Bidder by the Trustee.

3. In accordance with the Sale Procedure Order, the Trustee provided substantial due diligence documents to the Stalking Horse Bidder and the Competing Bidder, comprised of the following items:

    a. Audited financial statements from 2015;

    b. Capitalization table with transactions;

    c. Board meeting minutes prior to and subsequent to June 2018;

    d. Various creditor invoices;

    e. Azlo, Chase Bank, and PNC account statements;

    f. Salary payments owed to GEM board members;

    g. Promissory notes;

    h. Bank register transactions;

    i. Subscriptions log;

    j. Termination letters of certain employees;

    k. Spreadsheet of possible fraudulent conveyances from 2013-2019;

    l. Development costs past and projected for SELFEO project;

    m. Special shareholder meeting minutes;

    n. Employment agreements;

    o. Balance sheets;

    p. Profit and loss statements; and

    q. Signature authorization on bank accounts dated October 2018.

4. On December 16, 2019, the Equity Security Holders submitted a competing bid of $26,000.00 to the Trustee, as demonstrated by the executed APA attached hereto as <u>Exhibit 1</u>.

5. Pursuant to the Sale Procedures Order, on December 17, 2019, at approximately 9:00 a.m., the Trustee began the auction of all of the properties, assets, rights and interests of the Trustee (excluding the Excluded Assets, as defined in the asset purchase agreement), consisting of the following:

    a. Claims and causes of actions for avoidable transfers under Chapter

5 of the Bankruptcy Code and applicable state law against third parties including but not limited to transfers to creditors and insiders of the Debtor;

      b.      Claims and causes of action under applicable state or federal law against prior directors, officers and shareholders of the company including but not limited to breach of fiduciary duty, shareholder derivative claims, conflicts of interest, negligence and fraud;

      c.      All books, records, documents and electronic media containing information of any type related to the claims and causes of action identified in Section 2.1(a) and (b) of the asset purchase agreement;

      d.      All equipment (including office equipment), fixtures, and furnishings;

      e.      To the extent assignable, all rights of the Debtor under nondisclosure or confidentiality, non-compete, non-solicitation or similar agreements with any employees and agents of the Debtor or with third parties, other than any such rights of the Debtor to the extent pertaining exclusively to any Excluded Assets as defined in the asset purchase agreement;

      f.      To the extent owned by or subject to the control of the Debtor, all Equity Interests in the Debtor; and

      g.      To the extent transferable and to the extent primarily related to the Purchased Assets, the full benefit of all representations, warranties, guarantees, indemnities, undertakings, certificates, covenants, agreements and all security therefor received by the Debtor in connection with the Purchased Assets.

(collectively, the "Purchased Assets").

6.      The Purchased Assets were subsequently purchased by David Shutvet, Riva Wilkins, Gary Nerlinger, Patricia Gilchrist, Lyle Gillman, Bob Barnard, Arthur Mellon and William Freeman (the "Equity Security Holders") or their assigns (collectively, the "Successful Bidder") for the price of Seventy-Six Thousand Dollars and No Cents ($76,000.00). A true and accurate copy of the revised asset purchase agreement sent to counsel for the Successful Bidder on December 17, 2019 is attached hereto as Exhibit 2.

7.      As demonstrated by the email attached hereto as Exhibit 3, Counsel for the Successful Bidder has represented that he has no changes to the December 17, 2019 asset purchase agreement and that he is circulating the same to his clients for execution. As soon as the Trustee receives the fully executed asset purchase agreement from the Successful Bidder, he will supplement the record in this case and separately file the same herein.

8.      The sum of net sale proceeds to be received by the Trustee on behalf of the chapter 7 bankruptcy estate is $76,000.00. This amount will be reduced by the amount owed to the Trustee's counsel for representation in this case and for reimbursement of the Trustee's expenses.

Dated: December 18, 2019

/s/ James D. Lyon
JAMES D. LYON, CHAPTER 7 TRUSTEE
FOR THE BANKRUPTCY ESTATE OF
GIGA ENTERTAINMENT MEDIA, INC.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

/s/ Adam M. Back
Adam M. Back, KY Bar No. 91003
Jessica L. Middendorf, KY Bar No. 94740
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Phone: (859) 231-3000

adam.back@skofirm.com
jessica.middendorf@skofirm.com

COUNSEL FOR THE CHAPTER 7
TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system and served upon all parties registered to receive notices of same on December 18, 2019.

/s/ Adam M. Back
COUNSEL FOR THE CHAPTER 7
TRUSTEE

123717.164814/8099986.1

5