**Middendorf, Jessica**

| | |
|---|---|
| **From:** | David Schrader <DSchrader@pka-law.com> |
| **Sent:** | Wednesday, December 18, 2019 11:14 AM |
| **To:** | Middendorf, Jessica |
| **Cc:** | jdlyonlaw@aol.com; Back, Adam |
| **Subject:** | RE: GEM - asset purchase agreement for execution |

Dear Jessica/Adam:

As a follow-up to my conversation with Adam a few moments ago, I have reviewed the revised APA which was forwarded to me.
The changes to the agreement are acceptable and I will fill in the Notice information and circulate the new agreement to my clients for signature.
I will send you the executed version when it is received back – this may not be completed today due to having to track down multiple
people but I will get it back to you as soon as possible. I expect that we will have all signatures either later today or tomorrow.

Per my discussion with Adam, it is my client's intention to make payment of the sale amount after the Court issues the Final Approval
Order as provided in the APA. We will be prepared to make representations to the Court on Friday, as necessary, regarding the
availability of funds to make the payment. We will make arrangements for a wire to be sent either on Friday or Monday depending on the logistics.
Please send the wire instructions for the Chapter 7 Trustee's escrow account.

Best,
David A. Schrader
Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, New York 10017
(212) 725-4423
Direct (347) 694-4201
Cell (347) 879-2345
dschrader@PKA-law.com

**From:** Middendorf, Jessica <jessica.middendorf@skofirm.com>
**Sent:** Tuesday, December 17, 2019 5:19 PM
**To:** David Schrader <DSchrader@pka-law.com>
**Cc:** jdlyonlaw@aol.com; Back, Adam <adam.back@skofirm.com>
**Subject:** GEM - asset purchase agreement for execution

David,

Attached for your clients' review and execution is the updated asset purchase agreement for the Purchased Assets based on today's auction. Just so you are aware, we have revised the attached APA from the last version of the APA you received, solely in order to remove references to the bidding procedures and auction and other items that are now irrelevant following your clients' bid being accepted by the trustee as the highest

1

and best bid at the auction. Please also note that this document remains subject to the final review of the Trustee. Finally, we need you to provide us with the information to complete "Section 11.7 – Notices" as to where any notices to your clients under this APA should be sent.

As we need to tender the signed APA to the court along with our revised sale motion and report of auction before noon tomorrow, please send us your clients' respective executed signature pages ASAP.

We will send you wiring instructions for the balance of the funds due in the morning. Can you please provide us with an estimate of when the Trustee can expect payment from your clients of that remaining balance?

Thanks,
Jessica



**Jessica L. Middendorf**
*Attorney*
**859-231-3986 Direct**
**859-246-3622 Fax**
**300 West Vine Street, Suite 2100**
**Lexington, Kentucky 40507**
**jessica.middendorf@skofirm.com**

This message, and any documents or previous e-mails attached to it, may contain confidential information protected by the attorney-client privilege. If it was sent to you in error, do not read it. Please inform the sender that you received it and then delete it. Thank you.