## David Schrader

| | |
|---|---|
| **From:** | David Schrader |
| **Sent:** | Monday, December 16, 2019 10:42 AM |
| **To:** | Back, Adam |
| **Cc:** | Middendorf, Jessica |
| **Subject:** | GIGA ENTERTAINMENT - Bid and Auction |
| **Attachments:** | Bill of Sale.pdf; APA.pdf |

Dear Adam:

Annexed hereto please find the Executed APA signed by my clients putting in a bid for $26,000.
There are funds in my escrow account to cover this bid.
Additionally enclosed is an executed Bill of Sale in the form annexed to the APA.

Please let me know whether you need any additional information in advance of tomorrow's auction.

Best,
David A. Schrader
Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, New York 10017
(212) 725-4423
Direct (347) 694-4201
Cell (347) 879-2345
dschrader@PKA-law.com

1   B