# David Schrader

| | |
|---|---|
| **From:** | David Schrader |
| **Sent:** | Monday, December 16, 2019 12:14 PM |
| **To:** | Back, Adam |
| **Cc:** | Middendorf, Jessica |
| **Subject:** | Giga Entertainment - Auction |

Dear Adam:

I am writing to confirm (a) that you have received all necessary information from my clients to participate in tomorrow's auction; and
(b) to confirm that the auction will be conducted at 9 A.M. in the Courthouse, 341 Meeting Room, Fifth Floor (Room 521).
If either of these is inaccurate or has changed, please notify me immediately.

Best,
David A. Schrader
Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, New York 10017
(212) 725-4423
Direct (347) 694-4201
Cell (347) 879-2345
dschrader@PKA-law.com