# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Lexington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

| | |
|---|---|
| In re  Giga Entertainment Media, Inc.<br><br>    723 Central Avenue, Suite B<br>    Lexington, KY 40502<br>aka/dba: GIGA<br>GEM<br>SELFEO (actually a product name, but a lawsuit in TX claimed SELFCO as company name<br>SSN/TID:<br><br>        45−5356703<br><br>Debtor(s) | Case No. 19−51291−tnw<br><br>Chapter: 7 |

## NOTICE OF SUFFICIENT ASSETS

It appeared from the schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and the notice of meeting of creditors so indicated. It now appears that the payment of a dividend may be possible. Pursuant to FED. R. BANKR. P. 3002(c)(5) the last day for filing claims is fixed as 04/22/2020.

In order to have his claim allowed so that he may share in any distribution from the estate, a creditor must file a claim on or before the date as fixed by this notice. A proof of claim form may be obtained at www.uscourts.gov/forms/bankruptcy−forms or at any Bankruptcy Clerk's office.

DATED: 1/23/20



By the court −

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge