## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**IN RE**

**GIGA ENTERTAINMENT MEDIA, INC.**  **CASE NO. 19-51291**

**DEBTOR**

### ORDER

Before the Court is David Shutvet, Riva Wilkins, Gary Nerlinger, Patricia Gilchrist, Lyle Gillman, Bob Barnard, Arthur Mellon, and William Freeman's (collectively, the "Buyers") Motion to Enforce Prior Order of the Court, for Sanctions and Other Relief [ECF No. 135 (the "Motion")]. The chapter 7 Trustee (the "Trustee") and Debtor each filed an objection thereto [ECF Nos. 138 and 139], and Buyers filed a response to the objections [ECF No. 140]. The Court held a hearing on the Motion on July 23, 2020. As stated at the hearing, the Motion will be GRANTED as set forth herein:

1. On or before July 30, 2020, Debtor shall provide Trustee all documents related to "Digital Broadcast System"[1] and any other documents in its possession related to Debtor's assets and operations that have not already been provided to Trustee. Upon receipt, Trustee shall discern whether such documents are in any way responsive to the Motion and, if so, provide those responsive documents to Buyers expeditiously.

2. On or before July 30, 2020, Debtor shall supply to Trustee, and Trustee shall provide to Buyers, all login and password information to all of Debtor's online accounts, including

---

[1] Entities identified in this Order with quotation marks reflect the Court's understanding of the names of the entities based upon statements made at the hearing and in related filings. This Order should be construed broadly to require the production of records to Buyers notwithstanding any inadvertent error in the spelling of an entity's name.

but not limited to accounts maintained on or otherwise administered by "Google Cloud," "QuickBooks," "Expensify," and "Gusto."

3. Unless Trustee is in receipt of all of Debtor's equipment on or before July 30, 2020, Trustee shall file the appropriate motions to obtain the computers and iPads that Buyers purchased via the Asset Purchase Agreement. Upon receipt of equipment, Trustee shall deliver it to Buyers in accordance with the Asset Purchase Agreement.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, July 24, 2020**
(tnw)