IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In Re: Giga Entertainment Media, Inc.,      Case No. 19-51291

Debtor.     CHANGE OF ADDRESS
OF CREDITOR JOHN C. NIMMER

COMES NOW a creditor of Giga Entertainment, Inc. ("GEM") John C. Nimmer ("Nimmer"), hereby notifies the Court and all parties of his change of address, phone number, and email address to:

2303 Greenwald Street
Bellevue, NE 68123-2782
402-590-9049
johncnimmer@gmail.com

Dated this 9th day of September, 2022.

S/ _____
John C. Nimmer
2303 Greenwald Street #1106
Bellevue, NE 68123-2782
402-590-9049
johncnimmer@gtmail.com
Pro Se Creditor

EASTERN DISTRICT OF KENTUCKY
**FILED**
SEP 1 2 2022
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

1



John Nimmer
303 Greenwald Street #1106
Bellevue, NE 68123-2782

RECEIVED
SEP 12 2022
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

40507-145199

United States Bankruptcy Court
US Bankruptcy Court
Eastern District of Kentucky
100 East Vine Street
Suite 200
Lexington, Kentucky 40507
Attn: Legal Filing