United States Bankruptcy Court
Eastern District of Kentucky
Lexington Division

In Re: Giga Entertainment Media, Inc.                    Chapter 7
                                                          19-51291


**CASE NO. 13-52335**

TRUSTEE'S STATUS REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes the trustee herein, and for his status report states that the attorneys for the Trustee

is preparing their final billing, at which time the trustee will file his final report.

CERTIFICATE

This is to certify that a true copy hereof was served this December 9, 2022

to all parties requesting electronic notice.

/
/s/James D. Lyon
James D. Lyon
Trustee In Bankruptcy
PO BOX 34188
Lexington, KY 40588
(859) 397-9316
KBA 42870